```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE WESTERN STATES ASBESTOS PENSION FUND, et al.<br>        Plaintiff,<br><br>    vs.<br><br>RM MECHANICAL, INC., a corporation<br><br>        Defendant. | NO. C 07 2787 SI<br><br>NOTICE OF<br>VOLUNTARY DISMISSAL |

Notice is hereby given that plaintiff dismisses the above entitled action without prejudice pursuant to Federal Rule of Civil Procedure 41, and all dates relating to this case should be taken off the Court's calendar, including the Case Management Conference set for September 7, 2007, at 2:00 p.m. in Courtroom No. 10, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA..

Dated:    July 25, 2007              ERSKINE & TULLEY

                                     By: _____
                                         Michael J. Carroll
                                         Attorneys for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL

PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, California 94104. On July 25, 2007 I served the within NOTICE OF VOLUNTARY DISMISSAL on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California, addressed as follows:

**RM Mechanical, Inc.**
**5998 W. Gowen Road**
**Bosie, ID 83709**

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on July 25, 2007 at San Francisco, California.

Sharon Eastman